Filed 2/24/26  P. v. Palmer CA4/1

# NOT TO BE PUBLISHED IN OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

## COURT OF APPEAL, FOURTH APPELLATE DISTRICT

## DIVISION ONE

## STATE OF CALIFORNIA

|  |  |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>FREDERICK J. PALMER,<br><br>    Defendant and Appellant. | D085700<br><br><br><br>(Super. Ct. No. SCD292521) |

APPEAL from a judgment of the Superior Court of San Diego County, Albert T. Harutunian III, Judge.  Affirmed.

Richard Jay Moller, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

In 2022, a jury convicted Frederick J. Palmer of assault with force likely to cause great bodily injury (Pen. Code,[1] § 245, subd. (a)(4)) and battery with serious bodily injury (§ 243, subd. (d)) and found he personally inflicted great bodily injury as to each count (§ 12022.7, subd. (a)).  The court

---

[1]    All statutory references are to the Penal Code.

found Palmer had suffered a serious felony prior and a strike prior (§§ 667, subd. (a) & 667, subds. (b)–(i)). Palmer was sentenced to a total term of nine years in prison.

Palmer appealed and this court affirmed the judgment and sentence. (*People v. Palmer* (Oct. 6, 2023, D081426) [nonpub. opn.].)

In 2025, the trial court resentenced Palmer to make his sentence a subordinate term of three years to be served consecutively to a 12-year eight-month term in a new case.

Palmer filed a timely notice of appeal.

Appellate counsel has filed a brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 indicating counsel has not been able to identify any arguable issues for reversal on appeal. Counsel asks the court to independently review the record as mandated by *Wende*. We offered Palmer the opportunity to file his own brief on appeal, but he has not responded.

We discussed the facts of the case in our earlier opinion. There is no need to repeat them here.

DISCUSSION

As we have noted, appellate counsel has filed a *Wende* brief and asks the court to independently review the record for error. To assist the court in its review, and in compliance with *Anders v. California* (1967) 386 U.S. 738, counsel has identified a possible issue that was considered in evaluating the potential merits of this appeal: Whether the trial court erred in making the sentence in this case to be a subordinate term to the sentence in a new case.

We have independently reviewed the record for error as required by *Wende* and *Anders*. We have not discovered any arguable issues for reversal on appeal. Competent counsel has represented Palmer on this appeal.

## DISPOSITION

The judgment is affirmed.


HUFFMAN, J.*

WE CONCUR:


KELETY, Acting P. J.


CASTILLO, J.

---

* Retired Associate Justice of the Court of Appeal, Fourth Appellate District, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.